IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-00415-BO

HENRY A. CUMBEE, )
)
Plaintiff, )
)
v. ) ORDER FOR PAYMENT OF ATTORNEY
) FEES UNDER THE
NANCY A. BERRYHILL, ) EQUAL ACCESS TO JUSTICE ACT
Acting Commissioner of Social Security, )
)
Defendant. )
_____ )

Upon agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,900.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Laurie L. Janus, Kathleen Shannon Glancy, P.A., and mailed to her office at 114 South Front Street, Wilmington, North Carolina 28401, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __4__ day of __June__, 2018

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE