UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

HENRY A CUMBEE,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 7:16-CV-415-BO**

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,900.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Laurie L. Janus, Kathleen Shannon Glancy, P.A., and mailed to her office at 114 South Front Street, Wilmington, North Carolina 28401, in accordance with Plaintiffs assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on June 5, 2018, and Copies To:**

| | |
|---|---|
| Laurie Lynn Janus | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:
June 5, 2018

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Briggeman
       Deputy Clerk